# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **QUINTIN DAVIS AND JEFFERY GARNER,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **B.L. HARBERT INTERNATIONAL, LLC,** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | **CIVIL ACTION NO.** <br><br> **5:18-cv-00406-LCB** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed **with prejudice**, each party to bear its own costs.

Respectfully submitted this 25th day of March, 2020.

_Michael E. Auffenorde_ by TH (w/ perm)
Michael E. Auffenorde

MICHAEL E. AUFFENORDE, P.C.
2409 Commerce Court, Suite B
Huntsville, Alabama 35801
(256) 533-5383
(256) 533-4833 facsimile
aalaw@bellsouth.net

Attorney for Plaintiffs

_Jennifer F. Swain_
Jennifer F. Swain
Patrick D. Schach

**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699
jswain@littler.com
pschach@littler.com

Attorneys for Defendant